**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

<div style="border:1px solid red; color:red; font-weight:bold;">MEMO ENDORSED</div>

---

**SO ORDERED:**

Application granted in part.
Status conference will be held 1/20/21 at 4:00 p.m. with a joint status letter due one week before.

_____
**Ona T. Wang**                    11/12/20
Unites States Magistrate Judge

---

Mark S. Cohen
212 957 7601
mcohen@cohengresser.com

November 4, 2020

**BY ECF**

The Honorable Ona T. Wang
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street, Courtroom 20D
New York, New York 10007

Re:  *Jeffrey M. Poppel v. Rockefeller University Hospital, et al.*, Case No. 1:19-CV-1403 (ALC)(OTW)

Dear Judge Wang:

We represent Defendant The Rockefeller University (f/k/a The Rockefeller Institute), including The Rockefeller University Hospital, in the above-referenced action and write on behalf of all appearing parties[1] to update the Court regarding the parties' ongoing efforts to reach a resolution and to request an adjournment of the Initial Pretrial Conference currently scheduled for November 18, 2020.

The parties continue to make significant progress in their settlement discussions, and would like to continue to concentrate their efforts to exploring the potential for an out-of-court resolution.  Accordingly, to avoid potentially unnecessary litigation, the parties jointly request that the Court adjourn the Initial Pretrial Conference and extend the parties' deadline to submit a Rule 26(f) Report.  In accordance with Your Honor's Individual Rules requiring proposals for two alternative dates to reschedule the Rule 16(b) Initial Pretrial Conference, the parties propose that the Initial Pretrial Conference be held (if necessary) on either December 18, 2020 or December 21, 2020.

The Court previously granted a joint request to adjourn the Initial Pretrial Conference in this action from October 14, 2020 to November 18, 2002 (*See* Dkt. No. 92).

---

[1] No appearance has been entered in this action for Defendant the Estate of Dr. Archibald.



The Honorable Ona T. Wang
November 4, 2020
Page 2


       We are available at the Court's convenience to address this request.


Respectfully Submitted,

*/s/ Mark S. Cohen*

Mark S. Cohen

cc:  All counsel of record (by ECF)